IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Lori K. Hudson,                          :
                    Petitioner           :
                                         :
           v.                            :
                                         :
Unemployment Compensation                :
Board of Review,                         :    No. 432 C.D. 2016
                    Respondent           :    Submitted: October 21, 2016


BEFORE:    HONORABLE ROBERT SIMPSON, Judge
           HONORABLE JULIA K. HEARTHWAY, Judge
           HONORABLE JOSEPH M. COSGROVE, Judge


OPINION NOT REPORTED

MEMORANDUM OPINION
BY JUDGE COSGROVE                         FILED: February 1, 2017


           In this matter, Petitioner challenges the decision of the Unemployment
Compensation Review Board which affirmed denial of benefits. The briefs of
Petitioner and Respondent having been filed, on October 17, 2016, this Court
ordered that the matter would be addressed without oral argument.[1] By letter dated
November 1, 2016, Petitioner advised the Chief Clerk that she was "withdrawing
[her] appeal in this matter" and asked to be advised "of any additional steps
necessary, if any, to withdraw the appeal."

           On November 3, 2016, the Chief Clerk sent a Defect Correction
Notice to Petitioner, advising her that her request to withdraw her appeal "must be

---

[1] The per curiam order issued that day advised that the matter would be "submitted on briefs of the Petitioner and Respondent only" and precluded the filing of a brief by the Intervenor for failure to comply with an earlier order directing a brief be filed by September 9, 2016.

in the form of a motion [with] a certificate (proof) of service." Petitioner was further advised that if these corrective steps were not taken "within 14 days of the date of this notice, this matter will be considered abandoned and may be dismissed." To date, nothing further has been received from Petitioner.

Although Petitioner's November 1 letter indicated a desire to end her appeal, it was, by itself, insufficient to accomplish her goal. Petitioner's failure to comply with the Clerk of Court's directive, however, leaves us with little choice but to, in effect, satisfy her wishes by dismissing this matter. *See Goetz v. Department of Environmental Resources*, 613 A.2d 65 (Pa. Cmwlth. 1992) citing *Link v. Wabash Railroad Co.*, 370 U.S. 626 (1962) (dismissal of an action for failure to prosecute does not violate a [party's] due process rights).

As such, the Petition for Review is dismissed with prejudice.


_____
JOSEPH M. COSGROVE, Judge

2

## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Lori K. Hudson, : 
               Petitioner : 
                : 
      v. : 
                : 
Unemployment Compensation : 
Board of Review, :   No. 432 C.D. 2016
               Respondent : 

## O R D E R

AND NOW, this 1st day of February, 2017, the Petition for Review is dismissed with prejudice.

_____
JOSEPH M. COSGROVE, Judge